FILED
12/08/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: OP 20-0563

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0563

JOHN S. YAPUNCICH,

Petitioner,

v.

HONORABLE LEE CORNELL,
BIG HORN COUNTY
JUSTICE OF THE PEACE,

Respondent.

FILED

DEC 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, John S. Yapuncich petitions this Court for a writ of supervisory control, pursuant to M. R. App. P. 14(3)(a) and (b). Yapuncich contends that various constitutional rights have been violated. He requests that this Court assume control of the Big Horn County Justice Court and the Honorable Lee Cornell, Justice of the Peace.

Supervisory control is an extraordinary remedy. "Supervisory control is appropriate 'when urgency or emergency factors exist making the normal appeal process inadequate, when the case involves purely legal questions, and when one or more of' three enumerated circumstances exist. M. R. App. P. 14(3)." *City of Billings ex rel. Huertas v. Billings Mun. Court*, 2017 MT 261, ¶ 2, 389 Mont. 158, 404 P.3d 709.

Yapuncich argues that the court is proceeding under a mistake of law and causing a gross injustice whereby dismissal of the action is warranted. He states that his membership in the Georgia Tribe of Eastern Cherokee Tsi-Ga-Mo-Ga has been disenfranchised. Yapuncich lists that his right to jury trial has been denied; that his motion for continuing discovery has been denied; that his rights to due process have been violated; that his request for a special prosecutor has been denied; and that issued orders do not have "raised seals." He lists many reasons about alleged illegal actions by the court and prosecution and cites to several federal cases.

For this Court to take supervisory control, Yapuncich must demonstrate the existence of urgency or emergency factors, and that the District Court is proceeding under a mistake of law causing a gross injustice precluding the adequate remedy of appeal. M. R. App. P. 14(3). Yapuncich has not established a basis for supervisory control or that the normal appeal process is inadequate. While he has listed many alleged claims of injury, he has not shown urgency or an emergency. He has not clearly demonstrated that all are clearly legal questions, especially with the limited information in this Petition. He has not explained how an appeal of his underlying action (TK 20-70) to a district court must be superseded here. Yapunich has not met the threshold for this Court to exercise supervisory control over the Justice Court. Yapuncich retains the remedy of appeal. Accordingly,

IT IS ORDERED that Yapuncich's Petition for a Writ of Supervisory Control is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Honorable Lee Cornell, Big Horn County Justice Court; to counsel of record, and to John S. Yapuncich personally.

DATED this _____ day of December, 2020.

_____

_____

_____

_____

_____
Justices

2